374 A.2d 725

Raffaele, Appellant, v. State Farm Insurance Co.

Argued March 22,

1977. J. Cohen, with him Michael M. Goss, for appellant; Alan Dion, with him David Durben, for appellee.

Judgment affirmed.